August 29, 2008

Mr. W. Wendell Hall
Fulbright & Jaworski L.L.P.
300 Convent Street, Suite 2200
San Antonio, TX 78205-3792
Ms. Kimberly S. Keller
The Keller Law Firm
13423 Blanco Road, Suite 300
San Antonio, TX 78216

RE: Case Number: 07-0091
 Court of Appeals Number: 04-05-00056-CV
 Trial Court Number: 2002-CI-08415

Style: TRAMMELL CROW CENTRAL TEXAS, LTD.
 v.
 MARIA GUTIERREZ, INDIVIDUALLY AND AS REPRESENTATIVE OF THE ESTATE OF
 LUIS GUTIERREZ; AND KAROL FERMAN AS NATURAL PARENT AND AS NEXT FRIEND
 OF LUIS ANGEL GUTIERREZ

Dear Counsel:

 Today the Supreme Court of Texas delivered the enclosed opinions and
judgment in the above-referenced cause.

 Sincerely,
 [pic]

 Blake A. Hawthorne, Clerk

 by Claudia Jenks, Chief Deputy Clerk
Enclosures
|cc:|Ms. Margaret G. |
| |Montemayor |
| |Mr. Keith E. Hottle |
| |Mr. J. Mitchell Smith |
| |Ms. Wendy Ruth Wilson |
| |Ms. Kathleen Cassidy |
| |Goodman |